Date signed July 31, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:                              :
                                    :
ZANDY, LLC                          :   Case No. 12-14126PM
                                    :          Chapter 7
         Debtor                     :
- - - - - - - - - - - - - - - - - - :

**MEMORANDUM OF DECISION**

  Before the court is the Application filed by Merrill Cohen, Chapter 7 Trustee, to hire LeClairRyan as Special Litigation Counsel in this case. The Application is opposed by two creditors, Expressions of Fashion, LLC, and Profit Gem Jewellery Group, Ltd., based on the proposition that LeClairRyan's representation of Steven Greenfeld, Trustee of the somewhat related case of Xiolan Zhang, creates an unwaivable conflict of interest and bars its employment by virtue of 11 U.S.C. § 327(c).

  In considering the Application and Opposition, the court cannot overlook the particular facts and circumstances of this case. The court does not find a conflict between the interests of the two bankruptcy estates. Representation of the Zhang estate does not present a conflict as to the specific matters for which LeClairRyan is sought to be employed. LeClairRyan is well able to segregate the time spent as to the two estates, and, underlying all aspects of the case, the interests of both estates in establishing the facts of this convoluted case are identical.

  In making this decision the court is cognizant of the fact that LeClairRyan can assume the representation of the Trustee in this case with a wealth of knowledge of the underlying facts

and characters, and its retention is in the best interests of the estate. *See generally, In re Arochem Corp.*, 176 F.3d 610 (CA7 1999).

An appropriate order will be entered.

cc:
SEE RECIPIENT LIST ATTACHED TO ORDER

**End of Memorandum**